WILLIAM V. PERNIK (SBN 245394)
william@perniklaw.com
NAS YASIN (SBN 337738)
nas@perniklaw.com
PERNIK LAW APC
40 Central Avenue, Suite 4
Salinas, California 93901
1600 Alameda Ste 202
San Jose, California 95126
Telephone: (833) 733-6451
Facsimile: (831) 515-3657

Attorneys for Defendant
ABDULRAHMAN ALFOZAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABDULRAHMAN ALFOZAN,

Defendant.

**Case No. 3:26-mj-71329**

**EXHIBIT G TO DEFENDANT ABDULRAHMAN ALFOZAN'S NOTICE OF MOTION AND MOTION FOR PRETRIAL RELEASE ON CONDITIONS AND OPPOSITION TO GOVERNMENT'S MOTION FOR DETENTION [FILED UNDER SEAL]**

Date: October 19, 2026
Time: 11:00 a.m.
Court: Hon. Alex G. Tse, U.S. Magistrate Judge
Ctrm.: 15A

**UNREDACTED VERSION OF MATERIAL SOUGHT TO BE SEALED**

**EXHIBIT G (Exhibit pages 86–87)**

USCIS Form I-797 Approval Notice and

Employment Authorization Document of Lujain Alassaf

*Lodged provisionally under seal in its entirety under Crim. L.R. 56-1, pending a ruling on Defendant's Administrative Motion to File Under Seal.*

THE UNITED STATES OF AMERICA

# I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | USCIS Account Number | Case Type |
|---|---|---|
| IOE9022276974 | 063435870405 | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| **Received Date** 03/24/2025 | **Priority Date** 03/24/2025 | **Applicant** A141 651 753 ALASSAF, LUJAIN ASSAF |
| **Notice Date** 05/30/2025 | **Page** 1 of 1 | |

ALASSAF, LUJAIN ASSAF
c/o LUJAIN ALASSAF
1510 OAK CREEK DR APT 409
PALO ALTO CA 94304-2033

**Notice Type:** Approval Notice
Class: C03B
Valid from 08/14/2025 to 08/13/2026

**We have approved your application for employment authorization.** We will send your Employment Authorization Document (EAD) (also known as an EAD card or Form I-766) to you separately. Your EAD card should be produced within one to two weeks. Your EAD card will be mailed via U.S. Postal Service (USPS) Priority Mail with Delivery Confirmation to the address you designated. The time frame in which you will receive your EAD card may vary, depending on USPS delivery times. Please allow a total of 30 days from approval before inquiring with USCIS. We encourage you to use Case Status Online https://egov.uscis.gov/ to find your USPS tracking number for EAD card delivery. If you have not received your EAD card within this time frame, please visit https://egov.uscis.gov/e-request/Intro.do for instructions on how to submit an inquiry.

Your EAD card is proof that you are allowed to work in the United States. Show the card to your employer to verify your authorization to work during the dates on the card. You cannot use this approval notice as proof of your employment authorization.

When you receive your EAD card, please check that all the information on the card is correct. If you need to change any information on the card, please mail all of the following to the office listed below:

- A letter explaining what information needs to be corrected,
- Your EAD card,
- A photocopy of this notice, and
- Evidence to show what the correct information should be. For example, if you need to correct your name, submit a copy of your birth certificate or official name change.

If You Have a Pending Form I-485

If you have a pending or approved Form I-140 and a pending Form I-485, you may request to change employers if your Form I-485 has been pending for at least 180 days. In order to do so, you need to submit documentation about your new job offer. For more information on how to request a change of employers and what information you must submit, please visit the USCIS website at www.uscis.gov.

If your EAD card expires before we make a final decision on your Form I-485, you may apply for a new EAD card.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION.**

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

USCIS TSC
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd. STE 114
Irving TX 75038-0015

**USCIS Contact Center: www.uscis.gov/contactcenter**

FORM I-797 [REV. 08/01/16]

Scanned with CamScanner


UNITED STATES OF AMERICA
EMPLOYMENT AUTHORIZATION
Surname
ALASSAF
Given Name
LUJAIN A
USCIS#
141-651-753
Category
C03B
Card#
IOE9022276974
Terms and Conditions
Stu: Post-Completion Opt
Date of Birth
30 SEP 1994
Sex
F
Country of Birth
Saudi Arabia
Valid From: 08/14/25
Card Expires: 08/13/26
NOT VALID FOR REENTRY TO U.S.