WILLIAM V. PERNIK (SBN 245394)
william@perniklaw.com
NAS YASIN (SBN 337738)
nas@perniklaw.com
PERNIK LAW APC
40 Central Avenue, Suite 4
Salinas, California 93901
1600 Alameda Ste 202
San Jose, California 95126
Telephone: (833) 733-6451
Facsimile: (831) 515-3657

Attorneys for Defendant
ABDULRAHMAN ALFOZAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ABDULRAHMAN ALFOZAN,<br>Defendant. | **Case No. 3:26-mj-71329**<br><br>**EXHIBIT M TO DEFENDANT ABDULRAHMAN ALFOZAN'S NOTICE OF MOTION AND MOTION FOR PRETRIAL RELEASE ON CONDITIONS AND OPPOSITION TO GOVERNMENT'S MOTION FOR DETENTION [FILED UNDER SEAL]**<br><br>Date: October 19, 2026<br>Time: 11:00 a.m.<br>Court: Hon. Alex G. Tse, U.S. Magistrate Judge<br>Ctrm.: 15A |

**UNREDACTED VERSION OF MATERIAL SOUGHT TO BE SEALED**

**EXHIBIT M (Exhibit pages 125–131)**

Letter of Lujain Alassaf to the Court (Oct. 16, 2026), with attachments

and English translation of Arabic-language messages

*Lodged provisionally under seal in its entirety under Crim. L.R. 56-1, pending a ruling on Defendant's Administrative Motion to File Under Seal.*

10/16/2026

**Re: U.S. v. Abdulrahman Alfozan**
**Case No.: 3:26-mj-71329**
**Code Section: 18 U.S.C. § 2511(1)(b)**

United States Magistrate Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

The Honorable Alex G. Tse

I write on behalf of my husband, Abdulrahman Alfozan, to respectfully submit additional context and information addressing the Court's concerns regarding potential flight risk in the event of pretrial release. Specifically, I wish to provide background regarding our travel plans and clarify the reasons behind booking a one-way ticket.

1. **Lawful Presence:** My Optional Practical Training (OPT) period expired on August 13, 2026. Because I was in the early postpartum period, I needed time to recover before feeling medically and physically able to travel internationally with our newborn son. However, to maintain strict compliance with immigration laws and avoid falling out of status, we scheduled our departure for October 12, 2026, which was the last day of my grace period. While I also hold a valid B1/B2 visitor visa, re-entering under legal status required an international exit and reentry.
2. **Mental Health:** In the past few months, our family experienced extreme stress driven by my postpartum-depression and anxiety. Our son, Nawaf, was born on July 12th, 2026. And since he was born, I struggled tremendously with my mental health, making it physically and emotionally overwhelming to care for myself and our infant independently. This led us to believe we need a level of familial support that we had not anticipated prior to his birth, prompting our decision to travel to Saudi Arabia where our extended family can assist us. [I attach screenshots with my OB confirming my diagnosis]
3. **Unsustainable Financial Burden of Care:** To manage my postpartum, our family utilized substantial care resources. Initially, my parents, my sister, and subsequently my in-laws stayed with us to help care for Nawaf from July 16 through September 20th. Additionally, we retained night-support doulas, supported in part by postpartum benefits through Carrot from my husband's former employer, OpenAI, from Nawaf's birth until October 10. Even with benefits, my husband paid between $4,095 and $4,500 per week for night doulas for at least six weeks, alongside hiring a part-time daytime nanny at a rate of $36.50 per hour for nearly 3 weeks.

This financial arrangement proved entirely unsustainable. Given my ongoing need for continuous support until I am fully capable of caring for Nawaf on my own, we concluded that relocating to Saudi Arabia temporarily, alongside my son, was our most viable option to eliminate these financial burdens while ensuring proper care. My husband planned to utilize two months of his paternity leave to help us travel and settle safely with our family in Saudi Arabia. His plan was to return after the two-month paternity leave. But my husband has a pattern of booking flights usually a few weeks before the trip, hence the reason he doesn't have a return is to wait until he's sure we're good and settled. [We provide screenshots from conversations with family detailing these plans]

4- **Long-Term Roots and Community Connections:** My husband's entire adult life, professional responsibilities, and core community are deeply rooted here in the Bay Area, having moved to the United States when he was only 18 years old and establishing his life, schooling and career here. Abdulrahman travelled frequently across the country and internationally but always perceived the bay area as his one and only home. My husband never intended on cutting ties or leaving the US, evident by his application to neutralize which he received an appointment for in November. He was trying to book his return flight to attend his appointment before the arrest happened.

We remain fully committed to adhering to all case deadlines and deeply appreciate the Court's patience, understanding, and guidance during this challenging time.
Respectfully submitted,

________________

**Lujain Alassaf**
1384 Madera Way, Millbrae CA
94030
+1(628)297-6251 | Lujainassaf@gmail.com

**Attorney: Nahzaneen Yasin**


5:24
Back
L Conversation
Close
Referral to Psychiatrist
Participants
You
Aug 30 at 3:11 AM
L
Hello Dr Siddik
I was hoping to get referral to a psychiatrist to discuss my postpartum anxiety. Are there any providers within the center? Or do you recommend any external providers?
You cannot reply to this conversation. It is too old to be replied to.

5:25

Back L Conversation ⋮ Close

shared. But at this stage I feel like I really need to get on a medication till I feel more regulated. Is it possible to start on Lexapro? I can start on the lowest dose for now. I've tried it before and it worked well, but it initially makes anxiety worse. Is there anything that I can take it with it for the first couple of weeks till it starts kicking in?

Rabia Siddik-Ahmad, MD
Sep 8 at 11:27 PM

Hello Lujain, thank you for letting me know how you are feeling. Lexapro can be an appropriate option in the postpartum period when symptoms are significant, especially since you have taken it before and found it helpful. For most patients we start at a low dose, usually 5 mg daily for about a week and then increase as needed, which can also help soften that early increase in anxiety you remember. Some people benefit from adding a short term medication like hydroxyzine, which is an antihistamine used as needed for anxiety. I will send in Lexapro at a low starting dose along with a small supply of hydroxyzine for short term use while Lexapro is building up.

You cannot reply to this conversation. It is too old to be replied to.

5:25

Back L **Conversation** Close

Rabia Siddik-Ahmad, MD
Sep 3 at 6:05 PM

Hello Lujain, I am so sorry you are going through this. Intrusive thoughts like the ones you describe are, unfortunately, not uncommon after pregnancy, and they are consistent with postpartum anxiety.

At your office visit it sounded like you were more interested in therapy and did not want to start medication. For therapy, you would need to reach out to a therapist independently. The list I sent you yesterday has a section with therapists that specialize in perinatal mental health and I recommend you contact the people on that list to establish care.

The psychiatric department will see patients specifically for medication management after they have already tried two medications if they need further treatment. If you are interested in medications, I can start you on something and then if we can't find a good medication solution for you that is when the psychiatric department would get involved.

I hope that is more clear. So as a next step, assuming you still want to focus on therapy and not medication, you


٥:٣٢
+966 53 783 3541
517
الخميس، 13 أغسطس
انا برجع خلاص 9:24 ص
عبدالرحمن بيرجع معنا شهرين 9:24 ص
ويرجع امريكا مره ثانيه 9:24 ص
مافهمت 9:28 ص
بنجي على شهر ١٠ 9:28 ص
نصه او نهايته 9:29 ص
وخلاص بجلس 9:29 ص
عبدالرحمن بيجلس معنا شهرين بس ويرجع 9:29 ص
ويصير يروح ويجي 9:29 ص
فهمت يعني ايجار شهرين؟ 9:34 ص
لا اقل شيء ٦ شهور 9:47 ص
يمكن سنه على حسب المكان مدري 9:47 ص


1:02
74
+966 53 783 35...
Sun, 13 Sep
احس اي 7:02 AM
بس مب ضياق عليه فوق ؟ 7:02 AM
0:27
Transcribe
7:19 AM
عبدالرحمن مب جاي معك الحين؟ 7:20 AM
بيجي الان يجيبنا ويضبط امورنا والشغاله والشقه 7:20 AM
وبيرجع 7:20 AM
متحمسه 7:21 AM
عنده اجازه شهرين بيجلسها بالرياض 7:21 AM

*United States v. Alfozan, No. 3:26-mj-71329 (N.D. Cal.)*

## EXHIBIT M — ENGLISH TRANSLATION OF ARABIC-LANGUAGE MESSAGES

This is an English translation of the Arabic text in the two WhatsApp screenshots at Exhibit M, exhibit page 130. Messages appear in the order shown on the screenshots, with the times displayed. "Ms. Alassaf" is Lujain Alassaf (gray message bubbles); "Family member" is the other participant in the conversation (green message bubbles). Bracketed text is the translator's.

**Screenshot 1 — Thursday, August 13 [2026]**

| Time | Sender | Arabic (as written) | English translation |
|---|---|---|---|
| 9:24 a.m. | Ms. Alassaf | انا برجع خلاص | I'm going back — it's settled. |
| 9:24 a.m. | Ms. Alassaf | عبدالرحمن بيرجع معنا شهرين | Abdulrahman is going back with us for two months |
| 9:24 a.m. | Ms. Alassaf | ويرجع امريكا مره ثانيه | and then he returns to America again. |
| 9:28 a.m. | Family member | مافهمت | I didn't understand. |
| 9:28 a.m. | Ms. Alassaf | بنجي على شهر ١٠ | We'll come around the 10th month [October], |
| 9:29 a.m. | Ms. Alassaf | نصه او نهايته | the middle or the end of it, |
| 9:29 a.m. | Ms. Alassaf | وخلاص بجلس | and then I'll stay. |
| 9:29 a.m. | Ms. Alassaf | عبدالرحمن بيجلس معنا شهرين بس ويرجع | Abdulrahman will stay with us for only two months and then go back, |
| 9:29 a.m. | Ms. Alassaf | ويصير يروح ويجي | and he'll be going back and forth. |
| 9:34 a.m. | Family member | فهمت يعني ايجار شهرين؟ | I see — so renting for two months? |
| 9:47 a.m. | Ms. Alassaf | لا اقل شيء ٦ شهور | No, at least 6 months. |
| 9:47 a.m. | Ms. Alassaf | يمكن سنه على حسب المكان مدري | Maybe a year, depending on the place — I don't know. |

**Screenshot 2 — Sunday, September 13 [2026]**

| Time | Sender | Arabic (as written) | English translation |
|---|---|---|---|
| 7:02 a.m. | Family member | احس اي | I think so. |
| 7:02 a.m. | Family member | بس مب ضياق عليه فوق ؟ | But isn't it cramped for him upstairs? |
| 7:19 a.m. | Ms. Alassaf | — | [Voice message, 0:27 — audio only; not transcribed] |
| 7:20 a.m. | Family member | عبدالرحمن مب جاي معك الحين؟ | Isn't Abdulrahman coming with you now? |
| 7:20 a.m. | Ms. Alassaf | بيجي الان يجيبنا ويضبط امورنا والشغاله والشقه | He's coming now to bring us and to sort out our affairs — the housekeeper and the apartment. |
| 7:20 a.m. | Ms. Alassaf | وبيرجع | And he'll go back. |
| 7:21 a.m. | Family member | متحمسه | I'm excited. |
| 7:21 a.m. | Ms. Alassaf | عنده اجازه شهرين بيجلسها بالرياض | He has two months of leave; he'll spend it in Riyadh. |