CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NICHOLAS M. PARKER (CABN 297860)
ERIC CHENG (CABN 274118)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
nicholas.parker3@usdoj.gov

Attorneys for United States of America

FILED

Oct 21 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ABDULRAHMAN ALFOZAN,<br>Defendant. | **CASE NO. 3:26-MJ-71329 MAG**<br>**~~[PROPOSED]~~ DETENTION ORDER** |

On October 8, 2026, defendant Abdulrahman Alfozan was charged by Criminal Complaint with using or endeavoring to use an electronic, mechanical, or other device to intercept oral communications, in violation of 18 U.S.C. § 2511(1)(b).

This matter came before the Court on October 19, 2026, for a detention hearing. The defendant was present and represented by counsel. Assistant United States Attorneys Nicholas Parker and Eric Cheng appeared for the government. The government moved for detention; the defendant opposed and sought release. At the hearing, and in written submissions before the hearing, defense and government counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record in open court on October 19, 2026, the Court finds by a preponderance of the evidence that no

condition or combination of conditions will reasonably assure the appearance of the defendant as required. *See* 18 U.S.C. § 3142(e)(1). Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: The defendant, who was employed as an engineer at OpenAI, is a Saudi national who held a one-way plane ticket from San Francisco to Saudi Arabia at the time of his arrest. The defendant was fired after being arrested and no longer has a job in the United States. He has few remaining ties to this country and significant ties to Saudi Arabia. He and his family also appear to have considerable engagement with, and support from, the Saudi government, which booked and paid for a one-way ticket for the defendant's wife and son to leave the United States after the defendant was arrested and offered in advance of the detention hearing to "cover the full amount of the bail bond required for the release of [its] citizen," the defendant. Dkt. 10-1 at 103. The defendant's wife, infant son, parents, and siblings now reside in Saudi Arabia. The Saudi government's offer to pay an indeterminate and possibly limitless sum to secure the defendant's release from custody does not assure the Court that it will exercise moral suasion over the defendant to keep him in the United States.

These findings are made without prejudice to the defendant's right to seek review of his pretrial detention, or to file a motion for reconsideration if circumstances so warrant.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

//

//

//

//

//

3. On order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

DATED: October 21, 2026

HON. ALEX G. TSE
United States Magistrate Judge